FILED by_____TB_____ D.C.

May 12, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. —MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 16-20349-CR-WILLIAMS/SIMONTON
CASE NO. _____

18 U.S.C. § 2332a(a)(2)

UNITED STATES OF AMERICA

v.

JAMES GONZALO MEDINA,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Attempting to Use a Weapon of Mass Destruction**
**(18 U.S.C. § 2332a(a)(2))**

Beginning on a date unknown to the Grand Jury, but no later than in or around March 2016, and continuing until on or about April 29, 2016, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**JAMES GONZALO MEDINA,**

did knowingly attempt to use, without lawful authority, a weapon of mass destruction, that is, a destructive device, as defined in Title 18, United States Code, Section 921(a)(4), against any person and property within the United States, and the offense and the results of the offense

would have affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 2332a(a)(2).

A TRUE BILL

(

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

vs.

**JAMES GONZALO MEDINA,**

**Defendant.**

_____ /

**CASE NO.** _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

__X__ Miami  _____ Key West ____
_____ FTL  _____ WPB  ____ FTP

New Defendant(s)          Yes _____  No _X_
Number of New Defendants
Total number of counts

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)      No
    List language and/or dialect     _____

4.  This case will take    _7__    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | |
    |---|---|---|
    | I | 0 to 5 days | _____ |
    | II | 6 to 10 days | X |
    | III | 11 to 20 days | _____ |
    | IV | 21 to 60 days | _____ |
    | V | 61 days and over | _____ |

    (Check only one)

    | | |
    |---|---|
    | Petty | _____ |
    | Minor | _____ |
    | Misdem. | _____ |
    | Felony | X |

6.  Has this case been previously filed in this District Court?   (Yes or No)      __No__
    If yes: _____
    Judge: _____   Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)      _Yes__
    If yes:
    Magistrate Case No.    __16-MJ-02562-WCT_____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of    _April 29, 2016_____
    Defendant(s) in state custody as of    _____
    Rule 20 from the    _____   District of _____

    Is this a potential death penalty case? (Yes or No)      _No__

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to   October 14, 2003?   _____   Yes   __X__  No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____   Yes   _X_  No

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0148369

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **James Gonzalo Medina**

**Case No**:

Count #: 1

Attempted Use of a Weapon of Mass Destruction

Title 18, United States Code, Section 2332a(a)(2)

**\*Max. Penalty:** Life Imprisonment

Count #:

**\* Max. Penalty**:

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**