UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20349-Cr-SCOLA/TURNOFF

UNITED STATES OF AMERICA,
        Plaintiff,

v.

JAMES GONZALO MEDINA,
        Defendant.

_____/

## MOTION FOR COMPETENCY EVALUATION
## PURSUANT TO 18 U.S.C. § 4241

The Federal Defender's Office respectfully moves, pursuant to 18 U.S.C. § 4241, for the Court to hold a competency hearing for Mr. Medina on the grounds that counsel has a reasonable belief that Mr. Medina is not competent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

After meeting with Mr. Medina over a dozen times, speaking to family members, and reviewing state court dockets, undersigned counsel had serious concerns about Mr. Medina's competency to proceed.  Counsel contracted Dr. Robert H. Ouaou, a neuropsychologist, to conduct a neuropsychological evaluation of Mr. Medina.  Dr. Ouaou opines that Mr. Medina is not competent to proceed at this time, but believes that he may be restored to competence if provided inpatient care including the administration of antipsychotic medications. [1]

---

[1] Dr. Ouaou's summary letter has been provided to the government and will be filed under seal.  The government has indicated that it will ask the Court to order a separate psychiatric/psychological exam to be conducted at the Miami Federal Detention Center prior to the hearing pursuant to 18 U.S.C. § 4241(b).

**WHEREFORE**, undersigned counsel requests that this Court schedule this matter for a competency hearing or, in the alternative, schedule a status hearing in order to address the issues raised in this motion and determine how the Court would like to proceed.

Respectfully Submitted,

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By:    */s/Hector A. Dopico*
        Hector A. Dopico
        Chief Assistant Federal Public Defender
        Florida Bar No.  0161380
        150 W. Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        (305) 530-7000/(305) 536-4559: Fax
        Email: hector_dopico@fd.org

        s/ Eric M. Cohen
        Eric M. Cohen
        Assistant Federal Public Defender
        Florida Bar No. 328065
        150 West Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        Tel:   305-530-7000/Fax:  305-536-4559
        E-Mail:Eric_Cohen@fd.org

2

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 1st, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Hector A. Dopico*
Hector A. Dopico