UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO:  16-20349-CR-SCOLA**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES GONZALO MEDINA,

      Defendant.

_____/

### <u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO:    ANY UNITED STATES MARSHAL and
        WARDEN, FMC Butner, Butner, North Carolina

It appearing to the Court that **James Gonzalo Medina**, Inmate No: **09210-104**, is confined at FMC Butner, Butner, NC, and his appearance is necessary for **re-sentencing** at the Wilkie D. Ferguson U.S. Courthouse, 400 North Miami Avenue, Courtroom 12-3, 12th floor, Miami, Florida 33128, on **Thursday, April 9, 2020 at 8:30 A.M.**, and that it is necessary for said defendant to be before this Court for said proceeding.

This is to command you, any United States Marshal, that you have the body of the said, **James Gonzalo Medina**, now detained in custody as aforesaid, under safe and secure conduct, before this Court at Miami, Florida, by or before **8:30 A.M. April 9, 2020** for re-sentencing and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

This is to command you, the Warden, FMC Butner, Butner, NC, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

      **DONE AND ORDERED** at Miami, Florida, on March 2, 2020.

                        _____

                        ROBERT N. SCOLA, JR.
                        UNITED STATES DISTRICT JUDGE

cc: counsel of record
    United States Marshal Service (certified copy)