United States District Court
Southern District of Florida

| | | |
|---|---|---|
| United States of America,<br>Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Case No. 16-20349-CR-Scola |
| | ) | |
| James Gonzalo Medina,<br>Defendant. | ) | |
| | ) | |

### Order Canceling Resentencing Hearing,
### Vacating Writ of H.C., and Setting Status Conference

This matter is before the Court on Defendant's *Ore Tenus* Motion to Cancel April 9, 2020 Resentencing Hearing and to Schedule Status Conference in a Month or So based upon Defendant's Health Concerns due to COVID-19.  It is hereby
**Ordered and Adjudged** as follows:

1) Defendant's *Ore Tenus* Motion to Cancel Hearing is **granted**. The Re-Sentencing hearing presently scheduled before the undersigned for Thursday, April 9, 2020 at 8:30 a.m. is **canceled**.

2) Status Conference to set resentencing date is set for **Friday**, **May 8, 2020 at 8:30 a.m**.  Defendant is not required present for this status.

3) The Writ of Habeas Corpus Ad Prosequendum filed on March 4, 2020 (ECF No. 109) for James Gonzalo Medina who is presently located at FMC Butner, North Carolina, is hereby **vacated**.  Defendant Medina shall remain at FMC Butner until further order of the Court.

**Done and Ordered** at Miami, Florida, on March 17, 2020.

Robert N. Scola, Jr.
United States District Judge

cc:   Counsel of record
U.S. Probation
U.S. Marshals Service